```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                              December 11, 2014

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:      TS         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MASOUD BAMDAD, | ) | Case No. CV 13-00296-PSG (DFM) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Order Accepting Report and Recommendation of United States Magistrate Judge |
| GAVIN et al., | ) | |
| Defendants. | ) | |

    Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Third Amended Complaint, the records on file, the Report and Recommendation of the assigned United States Magistrate Judge, and the Supplemental Report and Recommendation of the Magistrate Judge. The Court has also reviewed Plaintiff's "response" (Dkt. 59) to the Report and Recommendation and made a <u>de</u> <u>novo</u> determination of those portions of the reports to which objections are made.

    IT IS HEREBY ORDERED that:

    1.    The Magistrate Judge's Report and Recommendation, as supplemented by the Supplemental Report and Recommendation, is approved

and accepted.

2.     Plaintiff's First Amendment retaliation claim is dismissed without leave to amend.

3.     Plaintiff's claims against Defendants in their official capacities are dismissed without leave to amend.

4.     Plaintiff's motion for leave to amend is granted in part and denied in part as specified in the Supplemental Report and Recommendation.

5.     If Plaintiff wishes to pursue this action in this Court, he must within twenty-one (21) days of the date of this Order Accepting Report and Recommendation file a Fourth Amended Complaint that complies with the directions of the Supplemental Report and Recommendation and contains no new claims for relief. The Fourth Amended Complaint, bearing the number CV 13-00296-PSG (DFM), must be a complete and independent document and must not refer to prior pleadings. Plaintiff is cautioned that failure to file a Fourth Amended Complaint within the time specified by this Order may result in the dismissal of this action with prejudice on the grounds stated in the Report and Recommendation of the U.S. Magistrate Judge and/or for failure to prosecute.

Dated: 12/10/14

PHILIP S. GUTIERREZ
United States District Judge