UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MASOUD BAMDAD,<br><br>        Plaintiff,<br><br>        v.<br><br>GAVIN et al.,<br><br>        Defendants. | Case No. CV 13-00296-PSG (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Fourth Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. The Court has also reviewed Plaintiff's "request for clarification" (Dkt. 108) as to the Report and Recommendation and made a <u>de novo</u> determination of those portions of the report to which objections are made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendants' motion for summary judgment is denied.

///

3. Defendants' motion to dismiss is granted in part and Plaintiff's Fifth Amendment equal protection claim against Fitzgerald, Jamil, and Muhammad is dismissed without leave to amend.

4. Defendants' motion to dismiss is denied as to Plaintiff's Eighth Amendment excessive force claim against Gavin, Fimbres, and Lopez.

5. Defendants are ordered to answer the remaining claims of the Complaint within twenty-one (21) days of the date of this Order.

Dated: 4/25/16

_____
PHILIP S. GUTIERREZ
United States District Judge