# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MASOUD BAMDAD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BENOV et al.,<br><br>Defendants. | Case No. CV 13-00296-PSG (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motions for Summary Judgment are granted and that Judgment be entered dismissing this case with prejudice.

Date: 5/9/22

PHILIP S. GUTIERREZ
Chief United States District Judge