JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MASOUD BAMDAD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BENOV et al.,<br><br>Defendants. | Case No. CV 13-00296-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: 5/9/22

_____
PHILIP S. GUTIERREZ
Chief United States District Judge